**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:  Case No. 19-12445-LMI
Abel Arocha & Eva C Linares,  Chapter 13

     Debtor(s).  /

**MOTION TO WAIVE WAGE DEDUCTION ORDER**

COME NOW the Debtor, Abel Arocha and Eva C Linares, by and through the undersigned counsel, and files this Motion to Waive the Wage Deduction Order and as grounds therefore states:.

1. The Debtor works as a driver for AAA Cooper Transportation but may switch jobs soon the Joint Debtor makes less than the Debtor who works for a small family-owned transportation business.

2. The Debtor does not want the appearance of a wage deduction order for bankruptcy to come up while in the process of switching jobs as it may hurt his chances at obtaining the prospective job.

3. The Debtors are paying an unsecured only plan and they are paying secured creditors outside the plan.

4. The Debtors have been advised of the risks involved in waiving the wage deduction order but still feels a waiver is the Debtor's best interest.

WHEREFORE the Debtor, Abel Arocha Eva C Linares, respectfully requests that this Honorable Court enter an order waiving the requirement that the chapter 13 plan payment be paid directly by the Debtor's employer.

    I HEREBY I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted on April 25, 2019.

    Respectfully submitted,

    Robert Sanchez, Esq.
    355 West 49th Street
    Hialeah, FL 33012
    Tel. (305)-687-8008

    By: _/s/ Robert Sanchez_
    Robert Sanchez, Esquire
    FBN#0442161